**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Ravenswood Industrial Building, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 10-CV-2736** |
| | ) | |
| Wachovia Bank, et al., | ) | **Honorable Milton I. Shadur** |
| | ) | |
| Defendants. | ) | |

**Plaintiff Ravenswood Industrial Building, LLC's**
**Rule 41(a)(1)(A)(i) Notice of Dismissal**

Plaintiff Ravenswood Industrial Building, LLC files this notice of dismissal pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff advises the court and all defendants that

it is utilizing its right to dismiss this case without prejudice.

> **Ravenswood Industrial Building, LLC**
> **By Counsel**
>
> /s/ Anastasios T. Foukas
> Steven A. Hart #62811008
> Scott Henry     #6272395
> Anastasios T. Foukas #6281404
> Segal McCambridge Singer & Mahoney
> Sears Tower
> 233 S. Wacker Drive, Suite 5500
> Chicago, Illinois 60606
> (312)645-7800

## CERTIFICATE OF SERVICE

I, Anastasios T. Foukas hereby certify that on this 7th day of June, 2010, I filed the foregoing ***Plaintiff Ravenswood Industrial Building LLC's Notice of Dismissal*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. Notice and a copy of the foregoing has also been sent by depositing the same in a postage-paid envelope in the U.S. Mail Chute at 233 S. Wacker Dr., Suite 5500, Chicago, Illinois 60606 prior to 5 p.m. on June 8, 2010 to:

Wells Fargo Bank, N.A.
625 Marquette Avenue
N9311-162
Minneapolis, MN 55479

Wells Fargo & Company
P.O. Box 63750
San Francisco, CA 94163

Wachovia Bank c/o
Wells Fargo & Company
P.O. Box 63750
San Francisco, CA 94163

/s/ Anastasios T. Foukas